UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Joshua Kelly Esskew, | ) | C/A No. 6:12-1354-JFA-KFM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Freddie Arwood; Bruce Bryant; Richard Martin; Tammy Dover; Judy Parrish; Betty Kissinger; and James Jewell, | ) | |
| Defendants. | ) | |

The *pro se* plaintiff, Joshua Kelly Esskew, is a pretrial detainee at the York County Detention Center. He brings this action pursuant to 42 U.S.C. § 1983[1] claiming defendants' alleged indifference to the plaintiff's medical needs.

The Magistrate Judge assigned to this action[2] has prepared a Report and Recommendation and opines that defendants Bruce Bryant, Richard Martin, Judy Parrish, and Betty Kissinger should be summarily dismissed because the complaint fails to state a claim under § 1983 against them. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and

---

[1] The plaintiff has filed this action *in forma pauperis* under 28 U.S.C. § 1915.

[2] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

Recommendation, which was entered on the docket on June 19, 2012. However, the plaintiff did not file any objections to the Report within the time limits prescribed. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporated herein by reference. Accordingly, defendants Bruce Bryant, Richard Martin, Judy Parrish, and Betty Kissinger are dismissed from this action.

As the Magistrate Judge has authorized service of the complaint on the remaining defendants, Freddie Arwood, Tammy Dover, and James Jewell, this matter shall be returned to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

July 12, 2012
Columbia, South Carolina

2